IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| JOHN BLEDSOE | * | CASE NO.: 13-41486 |
| SS No.: XXX-XX-57704665 | * | |
| MAE BELL BLEDSOE | * | |
| SS No.: XXX-XX-5884 | * | |
| DEBTOR(S) | * | |
| | * | |

**MOTION TO EXTEND TIME FOR ENTERING ORDER OF DISCHARGE**

**COMES NOW** the Debtors, by and through their attorney of record, and shows unto the Court as follows:

1. That the debtors have filed a Chapter 7 petition on August 22, 2013. That said petition is presently pending.

2. That debtors filed a statement of intention evidencing a desire to reaffirm the debt owed to First State Bank for real estate (land only) located on County Road 19, Heflin, AL.

3. The debtors have sent a request for a reaffirmation agreement. However, the debtors are in need of an additional thirty (30) day period to file the reaffirmation agreements.

4. That the debtors are in need of an order extending the time for entering an order of discharge in this cause until December 15, 2013.

**WHEREFORE, PREMISES CONSIDERED,** the debtors respectfully request that this Honorable Court grant an extension of time until December 15, 2013 for an Order of Discharge to be entered in this cause.

/s/ Wendy Ghee Draper
**WENDY GHEE DRAPER**
OF COUNSEL:
**GHEE & DRAPER**
PO Box 848
Anniston, AL 36202
(256) 236-2543
gheedraper@aol.com

**CERTIFICATE OF SERVICE**

I the undersigned hereby certify that on this the 15TH day of November, 2013, I have served a copy of the foregoing via electronic case management upon James G. Henderson, Esq., Chapter 7 Trustee,( jhenderson@epitrustee.com), a true and correct copy of the above Motion to Extend Time for Entering Order of Discharge.

/s/ Wendy Ghee Draper
**WENDY GHEE DRAPER**